```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  RICHARD J. BENDER
    COURTNEY J. LINN
 3  Assistant U.S. Attorneys
    501 I Street, Suite 10-100
 4  Sacramento, CA 95814
    Telephone: (916) 554-2700
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT FOR THE
 9                    EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,            2:07-MC-00082-MCE-GGH
12           Plaintiff,
                                         STIPULATION AND ORDER
13       v.                              EXTENDING THE UNITED STATES'
                                         TIME TO FILE A COMPLAINT FOR
14  MISCELLANEOUS FIREARMS LISTED IN     FORFEITURE AND/OR TO OBTAIN AN
    EXHIBIT A,                           INDICTMENT ALLEGING FORFEITURE
15
             Defendants.
16
```

17    It is hereby stipulated by and between the United States of
18 America and claimant Ricardo Madrigal ("Claimant"), by and through
19 their respective attorney, as follows:
20    1.  On or about May 30, 2007, Claimant filed a claim, in the
21 administrative forfeiture proceedings, with the Bureau of Alcohol,
22 Tobacco, Firearms and Explosives with respect to the Miscellaneous
23 Firearms listed in Exhibit A attached hereto (the "firearms"),
24 which were seized on or about April 15, 2007.
25    2.  The Bureau of Alcohol, Tobacco, Firearms and Explosives
26 has sent the written notice of intent to forfeit required by 18
27 U.S.C. § 983(a)(1)(A) to all known interested parties.
28 ///

1 The time has expired for any person to file a claim to the firearms
2 under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than the
3 Claimant has filed a claim to the firearms as required by law in
4 the administrative forfeiture proceeding.

5     3.  Under 18 U.S.C. § 983(a)(3)(A), the United States is
6 required to file a complaint for forfeiture against the firearms
7 and/or to obtain an indictment alleging that the firearms are
8 subject to forfeiture within 90 days after a claim has been filed
9 in the administrative forfeiture proceedings, unless the court
10 extends the deadline for good cause shown or by agreement of the
11 parties.  That deadline is August 28, 2007.

12     4.  As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish
13 by agreement to extend to September 27, 2007, the time in which the
14 United States is required to file a civil complaint for forfeiture
15 against the firearms and/or to obtain an indictment alleging that
16 the firearms are subject to forfeiture.

17     5.  Accordingly, the parties agree that the deadline by which
18 the United States shall be required to file a complaint for
19 forfeiture against the firearms and/or to obtain an indictment
20 alleging that the firearms are subject to forfeiture shall be
21 extended to September 27, 2007.
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28

2

```
 1  DATED: 8/28/07                 McGREGOR W. SCOTT
 2                                 United States Attorney
 3
 4
 5                                 /s/ Courtney J. Linn
 6                                 RICHARD J. BENDER
 7                                 COURTNEY J. LINN
 8                                 Assistant U.S. Attorneys
 9
10
11  DATED: 8/27/07                 /s/ Linda C. Harter
12  _____ LINDA C. HARTER
13                                 Attorney for Claimant Ricardo
14                                 Madrigal
15                                 (Original signature retained by attorney)
16
17       IT IS SO ORDERED.
18   Dated: August 30, 2007
19
20                                 _____
21                                 MORRISON C. ENGLAND, JR.
                                   UNITED STATES DISTRICT JUDGE
22
```

3

**EXHIBIT A**

a. Taurus Revolver, Model: 605, S/N #ZJ84906 (Item 35);
b. Kimber Pistol, Model: Customs CDP2, S/N #K186237 (Item 36);
c. Glock Pistol, Model: 34, S/N #EMN256US (Item 37);
d. Ruger Pistol, Model: P89, S/N #314-16954 (Item 38);
e. Smith & Wesson Revolver, Model: 460 XVR, S/N #CJV8596 (Item 39);
f. Kimber Pistol, Model: Eclipse Customs 2, S/N #K191627 (Item 40);
g. Beretta Pietro S.P.A. Pistol, Model: 85FSC, S/N #F35178Y (Item 41);
h. Kahr Arms - Auto Ordnance Pistol, Model: MK9, S/N #GA390 (Item 42);
i. Glock GMBH Pistol, Model: 19, S/N #HYG004 (Item 43);
j. Sig-Sauer Pistol, Model: P229S, S/N #AL45626 (Item 44);
k. Springfield Armory Geneseo, IL Pistol, Model: 1911A1, S/N #N504971 (Item 45);
l. Sig-Arms Pistol, Model: P229SAS, S/N #ABU07432 (Item 46);
m. Glock GMBH Pistol, Model: 20, S/N #GRD917 (Item 47);
n. Springfield Armory Geneseo, IL, Pistol, Model: 1911A1, S/N #N500958 (Item 48);
o. Israel Weapon IND- IWI (Israel Military IND- IMI) Pistol, Model: Desert Eagle, S/N #36200891 (Item 49);
p. F.N. (FN Herstal) Pistol, Model: FN, S/N #386109934 (Item 50);
q. Heckler and Koch Pistol, Model: USP, Serial Number 25-099475 (Item 51);
r. Sig-Sauer Pistol, Model: Trailside, S/N #E0048671 (Item 52);
s. North American Arms Pistol, Model: Guardian, S/N #AA12929 (Item 53);
t. Raven Arms Pistol, Model: MP25, S/N #1067736 (Item 54);
u. Taurus Revolver, Model: 605, S/N #ZJ84907 (Item 55);
v. Ruger Pistol, Model: Mark II, S/N #224-74556 (Item 56);
w. Beretta Pietro S.P.A. Pistol, Model: 950B, S/N #C54815 (Item 57);
x. Beretta Pietro S.P.A. Pistol, Model: 21A, S/N #BES80856U (Item 58);
y. Beretta USA Corp. Pistol, Model: 950BS, S/N #BER02219V (Item 59);
z. Phoenix Arms Co. Pistol, Model: HP22A, S/N #4267983 (Item 60);
aa. Beretta USA Corp. Pistol, Model: 21A, S/N #BES08697U (Item 61);
bb. Glock GMBH Pistol, Model: 22, S/N #GPU235 (Item 62);
cc. Tikka - (Oy Tikkakoski AB) Rifle, Model: T3, S/N #443738 (Item 63);
dd. Vulcan Arms Inc. Rifle, Model: V15, S/N #P8004 (Item 64);
ee. Armscor of the Philippines (Squires Bingham) Rifle, Model: AK4722, S/N #AP226695 (Item 65);

4

1     ff. Marlin Firearms Co. Rifle, Model: 336A, Serial Number 96019322 (Item 66);
2     gg. Remington Arms Company, Inc. Shotgun, Model: 870, S/N #D995778M (Item 67);
3     hh. Sig-Sauer Pistol, Model: Sig Sig Pro 2009, S/N #SP0068668 (Item 68);
4     ii. Glock GMBH Pistol, Model: 35, S/N #EHB809US (Item 69);
    jj. Glock GMBH Pistol, Model: 17, S/N #FLL689 (Item 70);
5     kk. Israel Weapon IND- IWI (Israel Military IND- IMI) Pistol, Model: Desert Eagle, S/N #30954-S (Item 71);
6     ll. Marlin Firearms Co. Rifle, Model: 336, S/N #69 127636 (Item 72);
7     mm. Encom (Enfield America) Rifle, Model: Unknown, Serial Number FTR1952 (Item 73);
8     nn. Keystone Sporting Arms Rifle, Model: Cricket Rifle, S/N #169862 (Item 74);
9     oo. Colt Pistol, Model: Mustang Pocket Light, S/N #PL1247 (Item 75); and
10     pp. Smith & Wesson Pistol, Model: 910, S/N #TDR5771 (Item 76).

5